## Miller *v.* Miller, Appellant.

Argued November 12, 1971. *Dem A. Meffe,* with him *Meffe and Ober,* for appellant; *Maurice A. Nernberg, Jr.,* with him *Nernberg & Nernberg,* for appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by appellant's petition.

SPAULDING, J., absent.